IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GEM GROUP, INC.<br>Plaintiff,<br>v.<br>LOGOTEC, USA<br>Defendant. | Civil Action No. 00CV 11217JLT |

RECEIPT # 23245
AMOUNT $ 150.00
SUMMONS ISSUED yes
LOCAL RULE 4.1 yes
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. SS
DATE 6-21-00

## COMPLAINT AND JURY DEMAND

Plaintiff, The Gem Group, Inc., for its complaint against defendant, Logotec USA, alleges that:

1. Plaintiff, The Gem Group, Inc. ("Gem"), is a Massachusetts corporation, having a place of business at Nine International Way, Lawrence, Massachusetts 01843.

2. On information and belief, defendant, Logotec USA ("Logotec"), is a California corporation having its principal place of business at 930 W. 16th Street, Suite A-1, Costa Mesa, California 92627.

## COUNT I - PATENT INFRINGEMENT

3. This is an action arising under the Patent Laws of the United States, Title 35, United States Code. This Court has jurisdiction of the subject matter hereof under the provisions of 28 U.S.C. § 1338(a). Venue in this judicial district is proper under the provisions of 28 U.S.C. §§ 1391(b)(2) and 1391(c).

4. By assignment recorded in the United States Patent & Trademark Office on November 6, 1998, at Reel 9616, Frame 0701, Gem is the owner of the entire right, title and interest in and to United States Patent No. Des. 421,526 (the "Isaacson patent"), entitled "Portfolio With Exterior Pocket," which duly and legally issued on



March 14, 2000 to Jonathan G. Isaacson. A copy of the Isaacson patent is attached hereto as "Exhibit A."

5. Logotec has been and still is infringing the Isaacson patent, in this judicial district and elsewhere in the United States, by making, using, offering for sale, or selling within the United States, or importing for sale within the United States, its GARRISON CLASSIC PADFOLIO brand portfolio and/or other portfolio products covered by the Isaacson patent.

6. Logotec's infringement of the Isaacson patent has been and continues to be without license and/or permission from Gem.

7. Unless enjoined by this Court, Logotec will continue such acts of infringement to Gem's substantial and irreparable damage.

**COUNT II - SECTION 43(a) OF LANHAM ACT**

8. Gem incorporates the allegations contained in paragraphs 1-7 above, as if fully repeated herein.

9. This claim for relief arises under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

10. Since approximately February of 1998, through its Gemline division, Gem has manufactured and sold a series of unique portfolios under product names including, but not limited to, the "Concorde Series Padfolio," the "Millennium Microfiber Padfolio," the "Millennium Microfiber Calculator Padfolio," the "Executive Padfolio," the "Wall Street Padfolio," and the "Euro Collection Padfolio."

11. Gem's portfolios have numerous distinctive features which are non-functional. These distinctive features combined to give their portfolios a distinctive trade dress which purchasers have come to associate with Gem.

12. Logotec has imported, promoted and/or sold, and continues to import, promote and/or sell, in this judicial district and elsewhere in the Untied States, its

**COUNT IV - COMMON LAW UNFAIR COMPETITION**

21. Gem incorporates the allegations contained in paragraphs 1-20 above, as if fully repeated herein.

22. Logotec has engaged in unfair competition with Gem under the common law of the Commonwealth of Massachusetts by importing, selling and/or distributing an imitation of Gem's portfolios with the intent of receiving the benefit of Gem's investment, good will and reputation in the industry. Logotec's wrongful copying of Gem's distinctive trade dress for its portfolios gives Logotec's GARRISON CLASSIC PADFOLIO brand portfolio a salability that it would not otherwise have, all at Gem's expense.

23. Unless enjoined by this Court, Logotec will continue its acts of unfair competition, to Gem's substantial and irreparable damage.

WHEREFORE, Gem demands judgment as follows:

A. preliminarily and permanently enjoining and restraining Logotec, its officers, directors, employees, agents, servants, successors and assigns, and any and all persons acting in privity or in concert with it, from:

(1) making, using and selling its GARRISON CLASSIC PADFOLIO brand portfolio and/or any other portfolio products which infringe United States Patent No. Des. 421,526;

(2) making, advertising, importing for sale, offering for sale, selling or distributing its GARRISON CLASSIC PADFOLIO brand portfolio and/or any other portfolio product which is confusingly similar to, or which copies the distinctive trade dress of, Gem's portfolios; and

(3) otherwise competing unfairly with Gem in any manner, including but not limited to, using unfair or deceptive acts or practices in violation of M.G.L.A. c. 93A, § 11.

B. assessing against Logotec and awarding to Gem damages sufficient to compensate Gem for Logotec's infringement of said patent and trade dress and unfair competition, and conducting an accounting to determine such damages;

C. awarding to Gem its costs and disbursements in this action, including reasonable attorneys' fees; and

D. granting to Gem such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Gem demands a trial by jury on all issues triable of right by a jury which are raised for determination by this Complaint or which may be raised by any counterclaim to be filed herein.

THE GEM GROUP, INC.
By Its Attorneys,

Dated: 6-20-00

Martin J. O'Donnell, Esq. (BBO # 377475)
William A. Loginov, Esq. (BBO # 555037)
Cesari and McKenna, LLP
30 Rowes Wharf
Boston, Massachusetts 02110
(617) 951-2500

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be served by ____________________ on the date indicated below to the offices of:

Logotec USA
930 W. 16th Street, Suite A-1
Costa Mesa, California 92627

Date: July , 2000 ________________________________

US D421526S

# United States Patent [19]

Isaacson

[11] Patent Number: Des. 421,526

[45] Date of Patent: ** Mar. 14, 2000

[54] PORTFOLIO WITH EXTERIOR POCKET

[75] Inventor: Jonathan G. Isaacson, Lexington, Mass.

[73] Assignee: The Gem Group, Inc., Lawrence, Mass.

[**] Term: 14 Years

[21] Appl. No.: 29/092,014

[22] Filed: Aug. 11, 1998

[51] LOC (6) Cl. .................... 03-01

[52] U.S. Cl. .................... D3/303; D3/900

[58] Field of Search .................... D3/232, 245, 246, D3/900; 190/109, 900, 901; 383/38, 97; 229/72

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 267,052 | 11/1982 | Rapoport | D3/900 X |
| D. 292,848 | 11/1987 | Kim | D3/900 X |
| D. 381,506 | 7/1997 | Roeder | D3/246 X |
| D. 383,896 | 9/1997 | Whang | D3/303 X |
| 2,113,921 | 4/1938 | Mashek | 190/901 |
| 2,319,127 | 5/1943 | Guenther et al. | 190/109 |
| 2,581,763 | 1/1952 | Hickler | 383/97 |
| 3,023,794 | 3/1962 | Lifton | 383/97 |
| 5,445,251 | 8/1995 | Redwood . | |

*Primary Examiner*—Louis S. Zarfas
*Assistant Examiner*—Monica A. Weingart
*Attorney, Agent, or Firm*—William A. Loginov

[57] CLAIM

The ornamental design for a portfolio with exterior pocket, as shown.

DESCRIPTION

FIG. 1 is a perspective view of a portfolio with an exterior pocket according to this invention;
FIG. 2 is a top plan view of the portfolio;
FIG. 3 is a bottom plan view of the portfolio;
FIG. 4 is a rear view of the portfolio;
FIG. 5 is a front view of the portfolio;
FIG. 6 is a right side view; and,
FIG. 7 is a left side view.

1 Claim, 2 Drawing Sheets

**Exhibit A**



Fig. 1

Fig. 2

Case 1:00-c[illegible]1217-JLT Document 1 Filed 06/[illegible]/00 Page 8 of 10

U.S. Patent Mar. 14, 2000 Sheet 2 of 2 Des. 421,526

Fig. 3

Fig. 4

Fig. 5

Fig. 6

Fig. 7

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

THE GEM GROUP, INC.

## DEFENDANTS

LOGOTEC, USA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ______
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Martin J. O'Donnell (617) 951-2500
William A. Loginov
Cesari and McKenna, LLP
30 Rowes Wharf
Boston, MA 02110

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) This is an action for patent infrigement under Title 35 of the U.S. Code, trade dress infringement under sect. 43(a) of the Laham Act, 15 U.S.C. sect. 1125(a), unfair or deceptive trade practices in violation of M.G.L.A. c. 93, sect. 11, and unfair competition under the common law of the Commonwealth of Massachusetts.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) (See instructions): IF ANY

JUDGE ______ DOCKET NUMBER ______

DATE: 6-20-00

SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) The Gem Group, Inc. v. Logotec, USA

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 8(a)).

| | | |
|---|---|---|
| ___ | I. | 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT. |
| X | II. | 195, 368, 400, 440, 441-444, 540, 550, 710, 720, 730, 740, 790,791, 820, 830, 840, 850, 890, 892-894, 895, 950. |
| ___ | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891. |
| ___ | IV. | 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900. |
| ___ | V. | 150, 152, 153. |

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 8(e)).
None

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? No

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? No
IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)
___

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? No

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - SEE LOCAL RULE 8(c). No
OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - SEE LOCAL RULE 8(d). No

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? No
(a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? ___

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Eastern

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION ___ OR WESTERN SECTION ___

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Martin J. O'Donnell and William A. Loginov
ADDRESS Cesari and McKenna, LLP, 30 Rowes Wharf, Boston, MA 02110
TELEPHONE NO. (617) 951-2500